**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO.: 8:17-cv-696-JSM-TGW**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
KERINA L. CASEY, )
)
Defendant. )
)
)

**APPLICATION AND DECLARATION FOR**
**ENTRY OF DEFENDANT'S DEFAULT**

Steven M. Davis, hereby applies to the Clerk of the Court for entry of Defendant's default and declares as follows:

1. I am private counsel for the United States Department of Justice and in that capacity have been assigned to represent the interests of the Plaintiff in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant, Kerina L. Casey, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application state as follows:

a) The Defendant was individually served with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure.

b) Upon Plaintiff's information and belief, the defendant is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the

protection of 50 U.S.C. App. Section 520.

c) The Defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule 12(a), Federal Rules of Civil Procedure.

WHEREFORE Plaintiff requests the Clerk of the Court to enter the Defendant's default.

I, Steven M. Davis, do hereby certify under penalty of perjury, pursuant to 28 U.S.C. section 1746(2) that the above statements are true and accurate to the best of my knowledge and belief.

Dated: April 20, 2017
Miami, Florida

Respectfully submitted,

Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza
Alhambra Towers - 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the Plaintiff's Application and Declaration for Entry of Default and proposed Clerk's Default, were mailed, postage paid, this 20 day of April, 2017 to all parties on the attached Service List.

Steven M. Davis

**SERVICE LIST**

Kerina L. Casey
1300 Glenside Avenue
Palm Harbor, FL 34683

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO.: 8:17-cv-696-JSM-TGW**

UNITED STATES OF AMERICA, )
)
)
Plaintiff, )
)
v. )
) **DEFENDANT'S DEFAULT**
KERINA L. CASEY, )
)
)
Defendant. )
______________________________)

DEFAULT ENTERED as to defendant, KERINA L. CASEY, on this ______ day of ____________, 2017.

COURT ADMINISTRATOR
CLERK OF THE COURT

BY: ____________________________
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO.: 8:17-cv-696-JSM-TGW**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
KERINA L. CASEY, )
)
Defendant. )
)
)

***NON-MILITARY STATUS AFFIDAVIT***

STATE OF FLORIDA :

COUNTY OF PINELLAS :

Steven M. Davis, personally appeared before me this 20 day of April, 2017, and having taken an oath, stated that he has personal knowledge of the facts set forth herein, and that the information contained herein is true and correct. He is personally known to me and states as follows:

1. I am counsel for the Plaintiff in the above-styled matter.

2. Defendant, Kerina L. Casey, is not in the military service of the United States of America.

3. I ascertained the Defendant's non-military status by accessing the Defense Manpower Data Center Website requesting information concerning the military status of the Defendant. The Defense Manpower Data Center replied in writing that Defendant is not in the military service of the United States of America.

4. The Certificate is attached hereto and expressly made a part hereof by reference as Exhibit "A".

FURTHER AFFIANT SAYETH NAUGHT.

______________________________
STEVEN M. DAVIS, ESQ.

SWORN TO AND SUBSCRIBED before me this 20 day of April, 2017, by Steven M. Davis.

______________________________
NOTARY PUBLIC, STATE OF FLORIDA

Ana M. Suarez.
**Printed Name of Notary Public**

My Commission Expires:

ANA M. SUAREZ
MY COMMISSION # FF 985644
EXPIRES: June 29, 2020
Bonded Thru Notary Public Underwriters