**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO.: 8:17-cv-696-JSM-TGW**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KERINA L. CASEY,

Defendant.

## NOTICE OF FILING

Plaintiff, United States of America, by and through its undersigned counsel files this Return of Service in the above styled cause.

Dated: April 20, 2017
Miami, Florida

Respectfully submitted,

Steven M. Davis, (Florida Bar No. 894249)
Email:sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail to Kerina L. Casey at the address of 1300 Glenside Avenue Palm Harbor, FL 34683, on this 20 day of April, 2017.

Steven M. Davis

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:17-CV-696-T-30-TGW

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**KERINA L. CASEY**

For:
Steven M. Davis, Esq. (7)
Becker & Poliakoff, P.A.
121 Alahambra Plaza
10th Floor
Coral Gables, FL 33134

Received by INVESTIGATIVE PROCESS SERVICE, INC. on the 27th day of March, 2017 at 11:34 am to be served on **Kerina L. Casey, 1300 Glenside Avenue, Palm Harbor, FL 34683**.

I, Shelagh Roberts, being duly sworn, depose and say that on the **30th day of March, 2017** at **7:32 pm, I:**

**SUBSTITUTE - RESIDENTIAL** served by delivering a true copy of the **Summons in a Civil Action; Civil Cover Sheet; and Complaint** with the date and hour of service endorsed thereon by me, to: **Samantha Langheier** as **Co-Resident/Daughter** at the address of: **1300 Glenside Avenue, Palm Harbor, FL 34683**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
Current resident Samantha Langheier stated subject is her mother and they both reside at this address. Samantha also stated her mother's last name is Langheier. Black Lexus with Florida tag #GMQ C75 and a gold Cadillac suv with Florida tag #HXE B12 in driveway.

**Description** of Person Served: Age: 22, Sex: F, Race/Skin Color: White, Height: 5'8, Weight: 125, Hair: Red, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am an Appointed Process Server in good standing, in the county in which the process was served.

State of Florida County of Pinellas

Subscribed and Sworn to before me on the 31st day of March, 2017 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC

NOTARY PUBLIC STATE OF FLORIDA
EDWARD A. LAZO
MY COMMISSION # FF 077692
EXPIRES: January 15, 2018
Bonded Thru Budget Notary Services

[signature: Shelagh Roberts]
**Shelagh Roberts**
APS#--55418

**INVESTIGATIVE PROCESS SERVICE, INC.**
**P.O. Box 3551**
**Orlando, FL 32802-3551**
**(407) 426-7433**

Our Job Serial Number: ILS-2017001496

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k